834

No. 262. PADILLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 263. DIAMOND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Louis A. Sabatino* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 267. SCOTT *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *William T. Bennett* for petitioner.

No. 273. LUPINO ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Sydney W. Goff* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Ryan, Harold H. Greene* and *William A. Kehoe, Jr.* for the United States.

No. 274. ST. MAURICE, HELMKAMP & MUSSER *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Gilford G. Rowland, George O. Bahrs* and *Raymond S. Smethurst* for petitioner. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.

No. 276. FINLEY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *C. E. Ram Morrison* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for respondent.